# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 2, 2007

131229

WILLIAM BUSHY,
   Plaintiff-Appellee,

and

GERALD NAGTZAAM and ROBERT
HAWKES,
   Plaintiffs,

v

ROBERT L. BERACY and GRATIOT
COUNTY BOARD OF COMMISSIONERS,
   Defendants-Appellants.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 131229
COA: 262909
Gratiot CC: 01-070212-CL

_____/

   On order of the Court, the application for leave to appeal the February 16, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court prior to the completion of the proceedings ordered by the Court of Appeals.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 2, 2007                  

s0425                     Clerk